Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−17673−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Melvin Teasley
   40 Brighton Avenue
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−4145

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                    9/25/25
Time:                    08:30 AM
Location:                Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: August 5, 2025
JAN: mlc

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 25-17673-JKS
Melvin Teasley                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                      User: admin                      Page 1 of 3
Date Rcvd: Aug 05, 2025            Form ID: 132                 Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melvin Teasley, 40 Brighton Avenue, Bloomfield, NJ 07003-2224 |
| 520752805 | + | Asset Acceptance, c/o Nudelman Klemm Golub, 425 Eagle Rock, Suite 403, Roseland, NJ 07068-1717 |
| 520752804 | + | Asset Acceptance, Fulton Friedman Gullace, 35 Journal Square, Suite 401, Jersey City, NJ 07306-4007 |
| 520752806 | + | Beneficial Of NJ, LLC, c/o Schiff and Schiff 211 Monmouth Road, West Long Branch, NJ 07764-1031 |
| 520752814 | + | KNL Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1538 |
| 520752824 | + | NJ Division of Taxation, 50 Barrack Street, Trenton, NJ 08608-2006 |
| 520752827 | + | RMS of NY, LLC, c/o Robert Saldutti, Esq., 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 520769889 | + | Schiff and Schiff, Esq., 211 <onmouth Rd., PO Box 1000, West Long Branch, NJ 07764-0730 |
| 520752829 | + | Syncb/Nissan, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 05 2025 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 05 2025 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Aug 05 2025 21:03:00 | RMS of NY, LLC d/b/a Recovery Management Solutions, c/o Saldutti Law Group, 1040 Kings Highway North, Suite 100, Cherry Hill, NJ 08034-1925 |
| 520759253 | | Email/Text: mrdiscen@discover.com | Aug 05 2025 21:02:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 520752807 | + | Email/Text: omx-bnc-bk-notices@chime.com | Aug 05 2025 21:03:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 520752808 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 05 2025 21:02:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 520769885 | | Email/Text: mrdiscen@discover.com | Aug 05 2025 21:02:00 | Discover Bank, c/o Discover Products, Inc., 6500 New Albany Rd East, New Albany, OH 43054 |
| 520752809 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 05 2025 21:03:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520752811 | + | Email/Text: mrdiscen@discover.com | Aug 05 2025 21:02:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520757001 | + | Email/Text: bankruptcyreports@wakeassoc.com | Aug 05 2025 21:04:00 | EMERGENCY ASSOCIATES OF MONTCLAIR, c/o Wakefield & Associates LLC,, PO BOX 58, Fort Morgan CO 80701-0058 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520752812 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 05 2025 21:02:00 | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 520752813 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 05 2025 21:03:00 | IRS, PO Box 931000, Louisville, KY 40293-1000 |
| 520752815 | ^ | MEBN | Aug 05 2025 20:58:40 | LVNV Funding, c/o Faloni Law Group, 425 Eagle Rock Ave, Suite 404, Roseland, NJ 07068-1717 |
| 520769886 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 05 2025 21:07:07 | LVNV Funding, LLC, c/o Resurgent Capital Dervices LP, 55 Beattie Pl, Suite 110, Mail Stop 276, Greenville, SC 29601-5115 |
| 520752817 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 05 2025 21:06:36 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520752819 | + | Email/Text: signed.order@pfwattorneys.com | Aug 05 2025 21:02:00 | Midland Credit Managemennt, c/o Pressler Felt Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520769887 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 05 2025 21:03:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520752821 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 05 2025 21:03:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520769888 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 05 2025 21:03:00 | Midland Funding LLC, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 520752825 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 05 2025 21:02:00 | NMAC, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 520752810 | | Email/Text: signed.order@pfwattorneys.com | Aug 05 2025 21:02:00 | Discover Bank, c/o Pressler Felt Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 520752816 | | Email/Text: signed.order@pfwattorneys.com | Aug 05 2025 21:02:00 | LVNV Funding, LLC, c/o Pressler Felty Warshaw, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 520752820 | | Email/Text: signed.order@pfwattorneys.com | Aug 05 2025 21:02:00 | Midland Credit Management, c/o Pressler Felt Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 520752822 | | Email/Text: signed.order@pfwattorneys.com | Aug 05 2025 21:02:00 | Midland Funding, LLC, c/o Pressler Felt Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 520752826 | + | Email/Text: ngisupport@radiusgs.com | Aug 05 2025 21:02:00 | Radius Global Solution, 7831 Glenroy Road, Edina, MN 55439-3117 |
| 520752828 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 05 2025 21:04:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 520752830 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 05 2025 21:17:59 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520752831 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 05 2025 21:07:18 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520766678 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 05 2025 21:03:00 | U.S Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 520752832 | + | Email/Text: bankruptcyreports@wakeassoc.com | Aug 05 2025 21:04:00 | Wakefield & Associates, Attn: Bankruptcy, 10800 E Bethany Dr,, Ste 450, Aurora, CO 80014-2697 |
| 520752833 | + | Email/PDF: cbp@omf.com | Aug 05 2025 21:07:16 | WebBank/OneMain, Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**

Case 25-17673-JKS    Doc 16    Filed 08/07/25    Entered 08/08/25 00:16:21    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 05, 2025 | Form ID: 132 | Total Noticed: 40 |

| 520752818 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520752823 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Midland Funding, LLC, c/o Pressler Felt Warshaw, 7 Entin Road, Parsippany, NJ 07054 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2025 at the address(es) listed below:**

**Name**    **Email Address**

Denise E. Carlon
    on behalf of Creditor Towd Point Mortgage Trust 2017-2  U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

James C. Zimmermann
    on behalf of Debtor Melvin Teasley jim@jzlawyer.com  office@jzlawyer.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Rebecca K. McDowell
    on behalf of Creditor RMS of NY  LLC d/b/a Recovery Management Solutions rmcdowell@slgcollect.com, anovoa@slgcollect.com

Robert L. Saldutti
    on behalf of Creditor RMS of NY  LLC d/b/a Recovery Management Solutions rsaldutti@saldutticollect.com, lmarciano@saldutticollect.com;anovoa@slgcollect.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6