# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## NEWARK DIVISION

IN RE:                                                                                   CASE NO.: 25-17673-JKS
                                                                                                        CHAPTER 13

Melvin Teasley,
   Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Towd Point Mortgage Trust 2017-2, U.S. Bank National Association, as Indenture Trustee ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                              Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                              Attorney for Secured Creditor
                              130 Clinton Rd #202
                              Fairfield, NJ 07004
                              Telephone: 470-321-7112
                              Facsimile: 404-393-1425

                              By: /s/Nathalie Rodriguez
                                  Nathalie Rodriguez
                                  Email: NRodriguez@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 14, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MELVIN TEASLEY
40 BRIGHTON AVENUE
BLOOMFIELD, NJ 07003

And via electronic mail to:

THE LAW OFFICES OF JAMES C. ZIMMERMANN
244 ROUTE 94
P.O. BOX 472
SUITE ONE
VERNON, NJ 07462

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD, SUITE 330
FAIRFIELD, NJ 07004

U.S. TRUSTEE
US DEPT OF JUSTICE, OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Angela Gill