Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−17673−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Melvin Teasley
   40 Brighton Avenue
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−4145

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/17/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 17, 2025
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Melvin Teasley  
    Debtor

Case No. 25-17673-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Nov 17, 2025      Form ID: 148      Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melvin Teasley, 40 Brighton Avenue, Bloomfield, NJ 07003-2224 |
| 520752805 | + | Asset Acceptance, c/o Nudelman Klemm Golub, 425 Eagle Rock, Suite 403, Roseland, NJ 07068-1717 |
| 520752804 | + | Asset Acceptance, Fulton Friedman Gullace, 35 Journal Square, Suite 401, Jersey City, NJ 07306-4007 |
| 520752806 | + | Beneficial Of NJ, LLC, c/o Schiff and Schiff 211 Monmouth Road, West Long Branch, NJ 07764-1031 |
| 520752814 | + | KNL Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1538 |
| 520752824 | + | NJ Division of Taxation, 50 Barrack Street, Trenton, NJ 08608-2006 |
| 520752827 | + | RMS of NY, LLC, c/o Robert Saldutti, Esq., 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 520769889 | + | Schiff and Schiff, Esq., 211 <onmouth Rd., PO Box 1000, West Long Branch, NJ 07764-0730 |
| 520752829 | + | Syncb/Nissan, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 17 2025 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 17 2025 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Nov 17 2025 21:00:00 | RMS of NY, LLC d/b/a Recovery Management Solutions, c/o Saldutti Law Group, 1040 Kings Highway North, Suite 100, Cherry Hill, NJ 08034-1925 |
| 520759253 | | EDI: DISCOVER | Nov 18 2025 01:45:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 520752807 | + | Email/Text: omx-bnc-bk-notices@chime.com | Nov 17 2025 21:00:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 520752808 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 17 2025 20:59:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 520769885 | | EDI: DISCOVER | Nov 18 2025 01:45:00 | Discover Bank, c/o Discover Products, Inc., 6500 New Albany Rd East, New Albany, OH 43054 |
| 520752809 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 17 2025 21:00:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520752811 | + | EDI: DISCOVER | Nov 18 2025 01:45:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520757001 | + | Email/Text: bankruptcyreports@wakeassoc.com | Nov 17 2025 21:01:00 | EMERGENCY ASSOCIATES OF MONTCLAIR, c/o Wakefield & Associates LLC,, PO BOX 58, Fort Morgan CO 80701-0058 |

Case 25-17673-JKS    Doc 24    Filed 11/19/25    Entered 11/20/25 00:16:03    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 17, 2025 | Form ID: 148 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| 520752812 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 17 2025 20:59:00 | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 520752813 | | EDI: IRS.COM | Nov 18 2025 01:45:00 | IRS, PO Box 931000, Louisville, KY 40293-1000 |
| 520752815 | ^ | MEBN | Nov 17 2025 20:59:28 | LVNV Funding, c/o Faloni Law Group, 425 Eagle Rock Ave, Suite 404, Roseland, NJ 07068-1717 |
| 520772119 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2025 21:08:43 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520769886 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2025 21:20:22 | LVNV Funding, LLC, c/o Resurgent Capital Dervices LP, 55 Beattie Pl, Suite 110, Mail Stop 276, Greenville, SC 29601-5115 |
| 520752817 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2025 21:20:21 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520752819 | + | Email/Text: signed.order@pfwattorneys.com | Nov 17 2025 20:59:00 | Midland Credit Managemennt, c/o Pressler Felt Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520769887 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2025 21:00:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520816219 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2025 21:00:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520752821 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2025 21:00:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520769888 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2025 21:00:00 | Midland Funding LLC, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 520752825 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 17 2025 20:59:00 | NMAC, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 520752810 | | Email/Text: signed.order@pfwattorneys.com | Nov 17 2025 20:59:00 | Discover Bank, c/o Pressler Felt Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 520752816 | | Email/Text: signed.order@pfwattorneys.com | Nov 17 2025 20:59:00 | LVNV Funding, LLC, c/o Pressler Felty Warshaw, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 520752820 | | Email/Text: signed.order@pfwattorneys.com | Nov 17 2025 20:59:00 | Midland Credit Management, c/o Pressler Felt Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 520752822 | | Email/Text: signed.order@pfwattorneys.com | Nov 17 2025 20:59:00 | Midland Funding, LLC, c/o Pressler Felt Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 520770668 | + | Email/Text: rmcdowell@slgcollect.com | Nov 17 2025 21:00:00 | RMS of NY, LLC, d/b/a Recovery Management Solution, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520752826 | + | Email/Text: ngisupport@radiusgs.com | Nov 17 2025 20:59:00 | Radius Global Solution, 7831 Glenroy Road, Edina, MN 55439-3117 |
| 520806651 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 17 2025 20:59:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520752828 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 17 2025 21:01:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 520822369 | + | EDI: AIS.COM | Nov 18 2025 01:51:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520752830 | + | EDI: SYNC | Nov 18 2025 01:45:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520752831 | + | EDI: SYNC | Nov 18 2025 01:45:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520847280 | + | Email/Text: RASEBN@raslg.com | | |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 17 2025 20:59:00 | Towd Point Mortgage Trust 2017-2,, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520828546 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 17 2025 21:01:00 | Towd Point Mortgage Trust 2017-2, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520766678 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 17 2025 21:00:00 | U.S Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 520752832 | + | Email/Text: bankruptcyreports@wakeassoc.com | Nov 17 2025 21:01:00 | Wakefield & Associates, Attn: Bankruptcy, 10800 E Bethany Dr,, Ste 450, Aurora, CO 80014-2697 |
| 520752833 | + | EDI: AGFINANCE.COM | Nov 18 2025 01:45:00 | WebBank/OneMain, Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520752818 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520752823 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Midland Funding, LLC, c/o Pressler Felt Warshaw, 7 Entin Road, Parsippany, NJ 07054 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2025            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Towd Point Mortgage Trust 2017-2  U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James C. Zimmermann | on behalf of Debtor Melvin Teasley jim@jzlawyer.com  office@jzlawyer.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nathalie Rodriguez | on behalf of Creditor Towd Point Mortgage Trust 2017-2  nrodriguez@raslg.com, NJbkyecf@flwlaw.com |
| Rebecca K. McDowell | on behalf of Creditor RMS of NY  LLC d/b/a Recovery Management Solutions rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| Robert L. Saldutti | |

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Nov 17, 2025 | Form ID: 148 | Total Noticed: 47

    on behalf of Creditor RMS of NY  LLC d/b/a Recovery Management Solutions rsaldutti@saldutticollect.com, lmarciano@saldutticollect.com;anovoa@slgcollect.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7